We have one final case, Guo v. Independent Chinese Pen Center. I understand Mr. Guo is here and has an interpreter to help him. I've been advised that counsel for Independent Chinese Pen Center is not going to be appearing this morning, but going to be submitting on the papers. So if you could explain that to Mr. Guo, and then we will hear anything he has to say. Please come forward. Good morning, honorable judges. This is a lawsuit of the Constitutional Court. Could I ask the interpreter if you could have the microphone closer to you so that we hear you clearly? A litigation about violation of freedom of speech and due process. The major nature of this case is that the defendant, apparently ICPC, gave up almost all the facts to defend the fact, but only focused on to bet on that ICPC is not a subject of constitutional courts because it is a private corporation. When ICPC concocted out this so-called libel-expulsion case, they refused to hear any hearing. Because they know, they are knowingly, it was not to be indefensible. During the nine years of proceedings, they never defended on the facts, also was because they knowingly it is to be indefensible. Despite of this, ICPC still has full confidence in disavowing violation of freedom of speech and due process, and disavowing constitutional courts they conducted. The reason for this is because they persisting believe that ICPC is a private company, so that they believe ICPC is any conduct will never possibly be a state action. So they believe that ICPC would impossibly to be a state actor and not have constitutional courts, and so no constitutional courts. Thus, it can be seen that this lawsuit is a typical case involving effectiveness of human rights in the dispute of private law and impact to constitutional rights in the relations of private law. There are three layers of matters. Number one, how to recognize and identify the role of government in legal practice, state actor. Secondly, the human spirits of the human rights behind the constitution. Whether a corporation can be deemed as a state actor, so that laws passed to them to cover many persons who have only to have only an indirect state action. Gradually form a number of testing criteria which are not identical, but yet complement to each other. The behavior of ICPC in this case completely meets the requirements. Thank you. Now, I just wanted to make sure, do we have the name of the interpreter? Thank you very much for translating these proceedings. Thank you. This is the last case on our docket, so we're going to take it under advisement, and we stand adjourned.